ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2022 OCT 11 PM 3:55

DEPUTY CLERK _____

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. |
| HALEY MCHENRY (01) | 4-22CR-304-Y |

## INFORMATION

The United States Attorney Charges:

### Count One
### Possession of Stolen Mail
(Violation of 18 U.S.C. § 1708)

On or about June 17, 2022, in the Fort Worth Division of the Northern District of Texas, **Haley McHenry** did unlawfully have in her possession U.S. Mail matter, specifically a U.S. Postal Money made payable to the U.S. Department of Homeland Security in the amount of $535.00, which had been stolen, taken, embezzled, and abstracted from the United States Mail, knowing said mail matter to have been stolen.

**Information — Page 1**

All in violation of 18 U.S.C. § 1708.

                                CHAD MEACHAM
                                UNITED STATES ATTORNEY

                                */s/*

/s/ ROBERT J. BOUDREAU
                                Assistant United States Attorney
                                State Bar of Texas No. 24123472
                                801 Cherry Street, Suite 1700
                                Fort Worth, Texas 76102
                                Email: Robert.Boudreau2@usdoj.gov
                                Telephone: 817-252-5200
                                Facsimile: 817-252-5455